

# NUMBER 13-22-00340-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE EAZY LEE OCANAS

## On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

Relator Eazy Lee Ocanas filed a pro se petition for writ of mandamus contending that he has not received the appropriate amount of jail time credit arising from his conviction in cause number CR-2687-21-B in the 93rd District Court of Hidalgo County, Texas. The Court requests that the real party in interest, the State of Texas, acting by and through the Hidalgo County District Attorney, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus

on or before the expiration of ten (10) days from the date of this order. *See* TEX. R. APP.

P. 52.2, 52.4, 52.8.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
25th day of July, 2022.